# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH DARDAR,** | * | **CASE NO. 2:23-cv-06798** |
| **Plaintiff,** | * | |
| **VERSUS** | * | **JUDGE BRANDON SCOTT LONG** |
| **AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant.** | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Joseph Dardar (Plaintiff"), and Defendant, American Bankers Insurance Company of Florida ("American Bankers" or "Defendant") (hereinafter sometimes, the "Parties"), and respectfully request that this Court enter an Order dismissing the above-captioned lawsuit and all claims asserted therein against Defendant, with prejudice. Accordingly, Plaintiff and Defendant now jointly move and seek an Order from this Honorable Court dismissing this lawsuit and all claims asserted therein against Defendant, with prejudice.

WHEREFORE, Plaintiff, Joseph Dardar, and Defendant, American Bankers, jointly request that this Motion be GRANTED, and that all claims asserted by Plaintiff against Defendant be dismissed with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

| ATTORNEY FOR PLAINTIFF | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC |
|---|---|
| By:    */s/ Ravi K. Sangisetty* <br> RAVI K. SANGISETTY (#30709) <br> WILLIAM BOYLES (#31632) <br> AMANDA OLMSTED (#40002) <br> 3914 Canal St. <br> New Orleans, Louisiana 70125 <br> Telephone: (504) 662-1016 <br> Facsimile: (504) 662-1318 <br> Email: rks@sangisettylaw.com <br>       william@sangisettylaw.com <br>       amanda@sangisettylaw.com | BY:    */s/ Tessa P. Vorhaben* <br> MATTHEW A. WOOLF (#27146) <br> MARK W. FRILOT (#27470) <br> TESSA P. VORHABEN (#31293) <br> 201 St. Charles Avenue, Suite 3600 <br> New Orleans, Louisiana 70170 <br> Telephone: (504) 566-5200 <br> Facsimile: (504) 636-4000 <br> Email  mwoolf@bakerdonelson.com <br>       mfrilot@bakerdonelson.com <br>       tvorhaben@bakerdonelson.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA** |